UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS § | |
| § | **CIVIL ACTION NO. 5:20-CV-231** |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| MIDLAND CITY CENTER LLC § | |
| § | |
| **Defendant** § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

DATED: MAY 24, 2021         Respectfully,

By:    /s/ R. Bruce Tharpe
       R. Bruce Tharpe

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF JOSH LIMAS

CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon the respondent via email notification from the Southern District of Texas ECF system on 5/24/2021.

/s/ R. Bruce Tharpe
R. Bruce Tharpe

1