United States District Court
Southern District of Texas
**ENTERED**
May 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-231 |
| § § | |
| MIDLAND CITY CENTER LLC, *et al*, § § | |
| Defendants. § | |

## ORDER

On May 24, 2021, Plaintiff Josh Limas filed a Notice of Voluntary Dismissal Pursuant to Rule 41(a) (Dkt. 11). The notice (Dkt. 11) complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) because Defendant Midland City Center LLC has not served either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the case has been DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 25th day of May, 2021.

Diana Saldaña
United States District Judge